**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIANA MOON, J.J.M., though his Guardian ad Litem Eliana Moon, J.E.M., through his Guardian ad Litem Eliana Moon,<br><br>    Plaintiffs,<br><br>vs.<br><br>YOUNGSTOWN GLOVE COMPANY; Does 1 to 500,<br><br>    Defendants. | CASE NO. 2:17-cv-08366-SJO-GJS<br><br>(LOS ANGELES SUPERIOR COURT ACTION NO. BC673937)<br>(Complaint Filed: August 29, 2017)<br><br>**ORDER GRANTING STIPULATION TO REMAND TO STATE COURT** |

**THE COURT**, having considered the Stipulation of the parties and good cause appearing, HEREBY FINDS AND ORDERS THAT:

    1.    Plaintiffs' entire action is remanded forthwith to state court, Los Angeles County Superior Court Case No. BC673937.

    2.    Plaintiffs will file an amended complaint in state court after remand subject to the provisions of the parties' Stipulation.

    3.    All other matters current scheduled in this federal action are hereby vacated.

**IT IS SO ORDERED.**

Dated: January 31, 2018

*S. James Otero*
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

LEWIS BRISBOIS

# FEDERAL COURT PROOF OF SERVICE

Moon v. Youngstown Glove Company - Case No. 2:17-cv-08366-SJO-GJS

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On January 22, 2018, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER GRANTING STIPULATION TO REMAND TO STATE COURT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Jerome M. Jackson, Esq.<br>880 Apollo Street, Suite 238<br>El Segundo, CA 90245<br>Email: jmjlaw@aol.com | Attorney for Plaintiffs,<br>Eliana Moon, Jeffrey Jace Moon, through his Guardian ad Litem Eliana Moon; Jacob Eaiden Moon, through his Guardian ad Litem Eliana Moon<br><br>(310) 726-4199 |

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 22, 2018, at Los Angeles, California.

/s/ *Tatiana Horton*
Tatiana Horton

4850-7589-8202.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332(a) DIVERSITY